In the Matter of JOHN H. HENDRICK, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of EMANUEL GERTLER, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, Official Referee. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of WILLIAM T. CUSACK, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, Official Referee. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED HOPKINS, Respondent, v. EDGAR F. LUCKENBACH, Appellant.— Judgment modified by striking out the allowance of interest, thereby reducing the amount of the judgment as entered to the sum of $2,138.10, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE RICH-SAMPLINER KNITTING MILLS COMPANY, Respondent, v. RIALTO SALES CO., INC., Defendant, and BRONNER REALTY COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of LAWRENCE H. FLAIR, Respondent, v. CHESTER ABELOWITZ, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE GARFIELD NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. HARRY K. WALLACH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK E. BEARDSLEY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN BORST, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS EPSTEIN, Respondent, v. SIMON FUCHSMAN, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, pursuant to order granting new trial on the ground of newly-discovered evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS EPSTEIN, Respondent, v. SIMON FUCHSMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN KINNAIRD, an Infant, etc., Respondent, v. SADIE NEUSTADDER, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

ROBERT KINNAIRD, Respondent, v. SADIE NEUSTADDER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

GIUSEPPE DABRAMO, as Administrator, etc., of LEONARD DABRAMO, Deceased,